#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JENNIFER STRICKLAND, <br> c/o Webster & Fredrickson, PLLC, <br> 1101 Connecticut Ave., NW <br> Washington, DC  20036 <br><br> Plaintiff, <br><br> v. <br><br> AD HOC LLC, <br> 1350 I St., NW, Suite 550 <br> Washington, DC  20005 <br><br> Defendant. | Civil Action No. _____ |

### **NOTICE OF REMOVAL**

Defendant Ad Hoc LLC ("Ad Hoc" or "Defendant"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441, and 1446, files this Notice of Removal of a civil action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and in support, states the following grounds for removal:

1. On or about February 14, 2023, Plaintiff Jennifer Strickland filed a Complaint against Defendant in the Superior Court of the District of Columbia (Case No. 2023-CAB-001134).  In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, documents, and orders of which Ad Hoc is aware is attached as Exhibit 1.

2. On April 3, 2023, Plaintiff's Complaint was served on Defendant by mail.

3. Defendant has not served any answer or responsive pleading to Plaintiff's Complaint, nor made any appearance or argument before the Superior Court of the District of Columbia in this matter.

4. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

5. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides in part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Removal of this case is also proper under 28 U.S.C. § 1367(a), which provides in part that "the district courts shall have supplemental jurisdiction over all [state law] claims that are so related to" the federal claims "that they form part of the same case or controversy."

7. Plaintiff's Complaint asserts claims under several federal statutes, including Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and the Age Discrimination in Employment Act of 1967, as well as claims under the D.C. Human Rights Act.

8. All of Plaintiff's state and federal law claims arise from the same common set of alleged facts and events; indeed, Plaintiff does not distinguish between her state and federal law claims in her asserted Counts. Therefore, this Court has original jurisdiction over Plaintiff's federal law claims pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a). Accordingly, Defendant may remove the matter pursuant to 28 U.S.C. § 1441(a).

9. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a). The Superior Court of the District of Columbia is located within this District.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by Defendant of the initial pleading, and before any proceedings were had concerning the Complaint in the Superior Court of the District of Columbia.

11. Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Filing of Notice of Removal is attached as Exhibit 2. Promptly upon this filing, Defendant is giving written notice of the removal of this action to Plaintiff by serving her with a copy of this pleading as further required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

**JACKSON LEWIS P.C.**

Date: April 24, 2023     By: /s/ John M. Remy
John M. Remy (DC Bar No. 461244)
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Fax)
John.Remy@jacksonlewis.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 24, 2023, a true and accurate copy of Defendant's *Notice of Removal* was filed with the Clerk's Office and served by email and U.S. mail, postage prepaid, upon the following:

> Geoffrey H. Simpson, Esq.
> Webster & Fredrickson, PLLC
> 1101 Connecticut Ave., NW
> Suite 402
> Washington, DC  20036
> Tel: (202) 659-8510
> gsimpson@websterfredrickson.com
>
> *Counsel for Plaintiff*

By: /s/ John M. Remy
John M. Remy (DC Bar No. 461244)
10701 Parkridge Boulevard
Suite 300
Reston, VA  20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
John.Remy@jacksonlewis.com

*Counsel for Defendant*