# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JENNIFER STRICKLAND,<br><br>    Plaintiff,<br><br>v.<br><br>AD HOC LLC,<br><br>    Defendant. | Civil Action No. 1:23-cv-1136 (ABJ) |

## JOINT STATUS REPORT

Plaintiff Jennifer Strickland ("Plaintiff") and Defendant Ad Hoc LLC ("Defendant" or "Ad Hoc") (collectively, Plaintiff and Defendant are referred to as the "Parties"), through their respective counsel, submit this Joint Status Report pursuant to the Court's December 5, 2023 Order and state as follows:

1. The Parties have reached a substantive settlement and are in the process of finalizing all terms.

2. The Parties anticipate that the settlement agreement will be finalized, signed, and a Joint Stipulation of Dismissal filed by April 3, 2024.

3. Accordingly, the Parties respectfully request that this matter be stayed for an additional thirty (30) days to allow the Parties time to finalize the settlement agreement. Alternatively, should the Parties fail to finalize the settlement agreement by April 4, 2024, they propose that they file a Joint Status Report on that date to update the Court on this matter.

Jointly submitted this 4th day of March, 2024.

**ON BEHALF OF PLAINTIFF AND DEFENDANT**

| **Counsel for Plaintiff Jennifer Strickland** | **Counsel for Defendant Ad Hoc LLC** |
|---|---|
| */s/ Geoffrey H. Simpson*\* <br> Geoffrey H. Simpson, Esq. (DC Bar #988437) <br> WEBSTER & FREDRICKSON, PLLC <br> 1101 Connecticut Ave., NW <br> Suite 402 <br> Washington, D.C.  20036 <br> Telephone: (202) 659-8510 <br> Facsimile: (703) 761-5023 <br> gsimpson@websterfredrickson.com | */s/ John M. Remy* <br> John M. Remy (DC Bar #461244) <br> Andrew J. Bellwoar (DC Bar #1044203) <br> JACKSON LEWIS, P.C. <br> 10701 Parkridge Blvd. <br> Suite 300 <br> Reston, VA 20191 <br> Telephone: (703) 483-8300 <br> Facsimile: (703) 483-8301 <br> John.Remy@jacksonlewis.com <br> Andrew.Bellwoar@jacksonlewis.com |

[\*signed and filed by John M. Remy with permission]

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2024, a true and accurate copy of the foregoing was filed with the Clerk of the Court using the Court's Electronic Filing System and served on the following via CM/ECF:

> Geoffrey H. Simpson, Esq.
> Webster & Fredrickson, PLLC
> 1101 Connecticut Ave.
> Suite 402
> Washington, DC  20036
> Telephone: (202) 659-8510
> Facsimile: (703) 761-5023
> gsimpson@websterfredrickson.com
>
> *Counsel for Plaintiff*

By:  */s/ John M. Remy*
John M. Remy